IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTON E. KRAJEWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>Defendant. | 4:23CV3097<br><br>**ORDER** |

The court has been advised that the parties for the above-captioned matter have settled their claims. Accordingly,

**IT IS ORDERED:**

1. On or before May 16, 2025, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 17th day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge